IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )
vs.                                 )     CRIMINAL NO.  95-CR-40016-JPG
                                    )
JAMES BRUCE MORRISON and            )
CATHY LYNN MUELLER,                 )
                                    )
                                    )
          Defendants.               )


## ORDER

Upon motion of the United States of America (Doc. 67), the  motion for dismissal of

the Superseding Indictment with prejudice is **GRANTED**.

DATED:  July 28, 2011


                              _____s/J. Phil Gilbert_____
                              United States District Judge